# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DVONTAE LAROME PINK,<br><br>    Petitioner,<br><br>    v.<br><br>JOSIE GASTELO,<br><br>    Respondent. | Case No. 1:19-cv-01092-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 7) |

Petitioner Dvontae Larome Pink is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 26, 2019,[1] the Court ordered Petitioner to show cause why the petition should not be dismissed pursuant to Younger v. Harris, 401 U.S. 37 (1971). (ECF No. 6). In response, Petitioner filed a request for dismissal without prejudice. (ECF No. 7).

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal under this rule grants a plaintiff an absolute right to dismiss without prejudice, requires no action on the part of the court, and divests the court of jurisdiction upon the filing of the notice of voluntary dismissal. See United States v. 475 Martin Lane, 545

---

[1] The order was signed on August 23, 2019 and entered on the docket on August 26, 2019.

1

F.3d 1134, 1145 (9th Cir. 2008) (describing consequences of voluntary dismissals pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)).

In this case, Respondent has not served either an answer or a motion for summary judgment. Thus, Petitioner's request of dismissal was effective upon filing and without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). For the sake of clarity, in light of the notice of dismissal, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated: **September 17, 2019**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE